Appeal of KOEN BROTHERS, INC.                    Docket No. 712.

> The deficiency is determined in accordance with stipulation filed by counsel.

Submitted January 20, 1925; decided January 28, 1925.

*A. W. Grimes, C. P. A.*, for the taxpayer.

*A. H. Fast, Esq.* (Nelson T. Hartson, Solicitor of Internal Revenue) for the Commissioner.

Before GRAUPNER, LITTLETON, and SMITH.

The above entitled appeal involves a deficiency in income and profits taxes for the calendar year ending December 31, 1919. Counsel for the Commissioner and for the taxpayer have entered into a stipulation whereby it is agreed that additional depreciation in the amount of $3,912 shall be allowed the taxpayer as a deduction in computing net income for the calendar year 1919. It is further stipulated that no adjustment in the taxpayer's 1919 invested capital should be made by reason of the alleged purchase by the taxpayer in 1919 of its own shares of stock of the par value of $15,000; further, that the taxpayer's 1919 invested capital should not be increased by $15,000 or any other amount by reason of the alleged value of good will purchased with the stock of the taxpayer in May, 1913. It is also stipulated that the correct deficiency in the tax due from the taxpayer for the calendar year 1919 is $496.09.

DECISION.

The deficiency determined by the Commissioner is disapproved and the correct deficiency in tax due from the taxpayer for the calendar year 1919 is determined to be $496.09.

---

Appeal of THE F. BREWER CO.                    Docket No. 78.

> The taxpayer availed itself of cash discounts on merchandise purchased and carried its merchandise purchase account at the net cost of the merchandise after deducting such cash discounts. *Held*: such cash discounts should not be added to net income without increasing merchandise purchases in a similar amount.

Submitted January 9, 1925; decided January 29, 1925.

*Luther F. Speer, Esq.*, for the taxpayer.

*R. A. Littleton, Esq.* (Nelson T. Hartson, Solicitor of Internal Revenue) for the Commissioner.

Before IVINS, KORNER, and MARQUETTE.

This appeal involves corporate income and profits taxes for the calendar years 1918 and 1919. The Commissioner added to corporate income certain items of discount which the taxpayer realized by